**IN THE UNITED STATES DISTRCT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CPF GP 2019-1, LLC and GREG JACOBSON,** | § § § | |
| **Plaintiffs,** | § § | **CIVIL ACTION NO. _____** |
| **v.** | § § | |
| **SAFE & GREEN HOLDINGS CORP. f/k/a SG BLOCKS, INC. and PAUL GALVIN,** | § § § § | |
| **Defendants.** | § § § | |

---

**APPENDIX IN SUPPORT OF DEFENDANTS'**
**NOTICE OF REMOVAL OF CIVIL ACTION**

Defendants Safe & Green Holdings Corp. f/k/a SG Blocks, Inc. ("S&G") and Paul Galvin

("Galvin," along with S&G the "Defendants") file this Appendix in Support of Defendants' Notice

of Removal of Civil Action as follows:

| Exhibit | Description | Pages |
|---|---|---|
| A | Plaintiffs' Original Petition filed July 28, 2023…………………………...APP001-8 | |
| B | Issue Citation filed August 1, 2023………………………………........APP009-13 | |
| C | Receipt Information...……………….…………………………….......APP014-18 | |
| D | Notice of Removal (State Court)…………………………..…….......APP019-22 | |
| E | State Court Docket…………………….………………………….APP023-27 | |
| F | Letter Requesting Citations filed August 1, 2023………………….......APP028-30 | |
| G | Return of Service filed August 21, 2023………………………..APP031-35 | |

[*Signature Page Follows*]

Respectfully submitted this 5th day of September, 2023.

**CHAMBLEE RYAN, P.C.**


/s/ Jack Ternan
JACK TERNAN
SBN: 24060707
2777 N. Stemmons Freeway, Suite 1257
Dallas, Texas 75207
Tel: (214) 905-2003
Fax: (214) 905-1213
jternan@cr.law

**ATTORNEY FOR DEFENDANTS SAFE
& GREEN CORP. AND PAUL GALVIN**

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and served a true and correct copy of this document on the following attorneys of record as indicated below:

Aaron Z. Tobin                                  ***Via E-Mail:***   ***atobin@condontobin.com***
Jared T.S. Pace                                                              ***jpace@condontobin.com***
Condon Tobin Sladek Thornton Nerenberg PLLC
8080 Park Lane, Suite 700
Dallas, Texas 75231
**Attorneys for Plaintiffs**


                                                        /s/ Jack Ternan
                                                        JACK TERNAN

# EXHIBIT A

FILED
8/28/2023 10:48 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Cynthia R Willis DEPUTY

DC-23-10507

CAUSE NO. _____

| | | |
|---|---|---|
| CPF GP 2019-1, LLC and GREG , JACOBSON | § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § | 134th |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| SAFE & GREEN HOLDINGS CORP. f/k/a SG BLOCKS, INC. and PAUL GALVIN, | § § § § | |
| | § § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

---

### PLAINTIFF'S ORIGINAL PETITION
### AND RULE 194 REQUEST FOR DISCLOSURE

---

TO THE HONORABLE COURT:

Plaintiffs CPF GP 2019-1, LLC ("CPF GP") and GREG JACOBSON ("Jacobson") bring

this action against Defendants SAFE & GREEN HOLDINGS CORP. f/k/a SG BLOCKS, INC.

("SG Blocks") and PAUL GALVIN ("Galvin") as follows:

### DISCOVERY LEVEL

1. Discovery should be conducted under level 2 in accordance with TEX. R. CIV. P.

190.3. Plaintiffs seek only non-monetary relief and demand judgment for all other relief to which

they are entitled. *See* TEX. R. CIV. P. 47(c)(5).

### PARTIES AND SERVICE

2. CPF GP is a Texas limited liability company.

3. Jacobson is an individual residing in Dallas County.

---

28052277v1 99150.002.00

4.      SG Blocks is a Delaware corporation. It may be served through its registered agent, CT Corporation System, at 1999 Bryan St., Ste. 900, Dallas, Texas 75201, or wherever it may be found.

5.      Galvin is an individual residing in Dade County, Florida. He may be served at 990 Biscayne Blvd., Suite #501, Office 12, Miami, Florida 33132, or wherever he may be found.

## JURISDICTION AND VENUE

6.      Jurisdiction:  This court has subject-matter jurisdiction under the Texas Uniform Declaratory Judgment Acts (TEX. CIV. PRAC. & REM. CODE § 37.001, et seq.), and because the relief sought is within the jurisdictional limits of the court. The court has personal jurisdiction over SG Blocks and Galvin because they have sufficient minimum contacts with Texas and exercising jurisdiction over them would not offend traditional notions of fair play and substantial justice. Specifically, and without limitation, SG Blocks and Galvin are parties to the agreement that is the subject of this lawsuit, and that agreement establishes exclusive jurisdiction and venue in Dallas over all proceedings arising in connection with the agreement. It also establishes the laws of Texas as those governing the agreement. SG Blocks and Galvin waived any right to assert otherwise. And, SG Blocks and Galvin entered into the agreement with two Texas residents: CPF GP and Capital Plus.

7.      Venue:  Venue is proper in Dallas County because it is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred. TEX. CIV. PRAC. & REM. CODE § 15.002. Venue is also proper because Defendants agreed in writing that Dallas would be the exclusive venue for this lawsuit. *Id.* at § 15.020. Finally, venue is proper as to all Defendants where it is proper as to any of them. *Id.* at § 15.005.

---

28052277v1 99150.002.00

APP003

## BACKGROUND

(a) **Defendants waived, released, and forever discharged all demands and claims against CPF GP and Jacobson.**

8.     CPF GP is the managing member of CPF MF 2019-1, LLC, a Delaware limited liability company ("CPF MF"), and Jacobson is the principal of CPF GP.

9.     In 2019, CPF MF began developing a multi-family real estate project in Monticello, New York, known as "Monticello Mews."

10.     Defendants played various roles in the project. Initially, SG Blocks held membership interests in CPF GP, but SG Blocks withdrew as a member on October 3, 2019.

11.     Nonetheless, SG Blocks and its CEO, Galvin, stayed involved in the project as lenders. SG Blocks documented a commitment to loan the amount of $750,000 to CPF GP pursuant to a loan agreement with an effective date of October 3, 2019. Pursuant to the commitment under that loan agreement, SG Blocks made an advance to CPF GP dated effective January 21, 2020 in the amount of $400,000, Galvin made an advance to CPF GP dated effective January 21, 2020 in the amount of $100,000, and SG Blocks documented another advance to CPF GP in the amount of $250,000 with an effective date of April 15, 2020. Each of the loans mature on July 31, 2023.

12.     SG Blocks also acted as a licensor with respect to the project. Around the same time as the loans, SG Blocks licensed certain technology to CPF GP with respect to the project. But, in 2021 a dispute arose concerning payments allegedly due under the license agreement.

13.     On June 15, 2021, all parties to this case resolved the licensing dispute and documented the terms in a Settlement and Mutual Release Agreement ("Settlement Agreement").

14.     Under the Settlement Agreement, SPG – on behalf of itself and its "employees, agents, directors, [and] officers" – "irrevocably and unconditionally waiv[ed], release[ed], and

forever discharge[ed] . . . CPF GP . . . and Greg Jacobson . . . from any and all Released Claims." *See* Settlement Agreement, § 4. The term "Released Claims" includes any and all claims and "demands of any kind and nature . . . known or unknown" that relate to "the operation, opportunities, prospects, and management of CPF GP or CPF MF and their respective business and affairs and/or . . . the relationship and interaction between or among the Parties up to and including the Effective Date . . . ." *See id.* The Settlement Agreement defines the "Effective Date" as June 15, 2021, and Galvin signed as the Chairman and CEO of SG Blocks.

15.     Defendants even acknowledged in the Settlement Agreement that "there is a risk that, subsequent to the execution of [the Settlement Agreement], they may discover claims or facts in addition to, or different from, those which they know or believe to exist," but nonetheless, they agreed to "assume the risk of such unknown and unanticipated claims and facts." *See* Settlement Agreement, § 4(g).

   **(b)     Defendants make demands and threaten to pursue released claims.**

16.     From the time the project started in 2019 to the present, economic conditions have changed substantially. Inflation and increased interest rates alone have ballooned the annual costs of each rentable unit to 67% more than its annual revenue. Worse, reduced demand from the COVID era lowered rental rates by 10%.

17.     As a result, the project is not viable under the current economic conditions. Time must be allowed for interest rates to subside, inflation to level, and demand to return. Yet, SG Blocks and Galvin demand payment of the loans by their maturity date, July 31, 2023.

18.     But they have not stopped at demanding payment for the loans. Rather, SG Blocks and Galvin allege that Jacobson is "walking away from his fiduciary obligations" and that he made

misrepresentations to induce them into making the loans back in 2019 and early 2020 – more than a year before the Settlement Agreement.

19.     In particular, SG Blocks and Galvin claim they would have "never advance[d] any loans" had Jacobson not represented that he had partners in the deal with significant financial wherewithal. But of course, any representation SG Blocks and Galvin relied on in "advance[ing] any loans" were made long before SG Blocks and Galvin waived, released, and forever discharged Jacobson and CPF GP from any claims "of any kind or nature." *See* Settlement Agreement, § 4.

20.     Likewise, SG Blocks and Galvin claim that Jacobson – "soon as the approvals [for the project] were obtained" – breached his fiduciary duties by "ignor[ing] his partners and investors, who are experts in the industry, and instead tried to develop the project alone with all new people/outsiders to the original transaction." However, again, any claims based on anything Jacobson might have done back when the project obtained approvals were released on June 15, 2021, when SG Blocks and Galvin waived, released, and forever discharged those claims. *See* Settlement Agreement, § 4.

21.     Defendants' demands and threatened claims against Jacobson and CPF GP are meritless and are in fact an attempt to coerce payment of the notes or leverage modification terms that are not feasible. In any event, those demands and threatened claims fall squarely within the Settlement Agreement's comprehensive releases.

## CAUSES OF ACTION

(i)     **Declaratory Judgment under Tex. Civ. Prac. & Rem. Code § 37.001, et seq.**

22.     Plaintiffs incorporate the preceding paragraphs of this petition as if fully set forth herein.

23.     There is a real controversy between the parties that will actually be determined by

28052277v1 99150.002.00

the judicial declaration sought in this petition. The controversy is whether the Settlement Agreement released Defendants' threatened claims of breach of fiduciary duties and fraudulent inducement. Indeed, a declaratory judgment is the proper mechanism for adjudicating the rights of parties to a settlement agreement, including whether claims are barred as having been released by a settlement. *See Transcor Astra Grp. S.A. v. Petrobras Am. Inc.*, 650 S.W.3d 462, 468-72 (Tex. 2022); *Garza v. Bunting*, No. 05-06-01307-CV, 2007 WL 1545937, at *2-4 (Tex. App.—Dallas May 30, 2007, no pet.)

24.     To resolve the actual controversy, Plaintiffs request a judgment against all Defendants declaring that:

(a)     Section 4 of the Settlement Agreement, titled "Mutual Releases," is valid, binding, and enforceable as to all parties in this case;

(b)     Defendants' threatened claims for breach of fiduciary duty and fraudulent inducement were waived, released, and forever discharged by the Settlement Agreement;

(c)     Defendants are barred from bringing any suit or action on their threatened claims for breach of fiduciary duty and fraudulent inducement or any other claim based on alleged conduct that occurred before June 15, 2021.

**(ii)   Attorney's Fees**

25.     Plaintiffs incorporate the preceding paragraphs of this petition as if fully set forth herein.

26.     Pursuant to Section 37.009 of the Texas Uniform Declaratory Judgments Act and Section 8(o) of the Settlement Agreement, Plaintiffs plead for and are entitled to recover their attorney's fees and costs incurred in connection with this action.

28052277v1 99150.002.00

## CONDITIONS PRECEDENT

27.     All conditions precedent have been performed or have occurred.

## RULE 194 REQUEST FOR DISCLOSURE

28.     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiffs request Defendants disclose, within 30 days of the service of this request, the information and materials described in Rule 194.2.

WHEREFORE, Plaintiffs respectfully requests that Defendants be cited to appear and answer and that upon final hearing or trial, that Plaintiffs have judgment against Defendants as follows:

a.     the declaratory relief sought herein;

b.     attorneys' fees;

c.     costs of suit; and

d.     such other and further relief to which Plaintiffs may be entitled.

Dated:  July 28, 2023

Respectfully submitted,

CONDON   TOBIN   SLADEK   THORNTON
NERENBERG PLLC

/s/   Jared T.S. Pace
Aaron Z. Tobin
Texas Bar No. 24028045
atobin@condontobin.com
Jared T.S. Pace
Texas Bar No. 24079098
jpace@condontobin.com
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone 214-691-6300
Facsimile 214-691-6311
*Attorneys for Plaintiff*

28052277v1 99150.002.00

APP008

# EXHIBIT B

FORM NO. 353-3 — CITATION

# THE STATE OF TEXAS

# CITATION

**To:**   **SAFE & GREEN HOLDINGS CORP F/K/A SG BLOCKS INC**
**BY ITS SERVING ITS REGISTERED AGENT**
**CT CORPORATION SYSTEM,**
**1999 BRYAN ST., STE. 900**
**DALLAS, TEXAS 75201**
**OR WHEREVER IT MAY BE FOUND**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

 Said Plaintiff being **CPF GP 2019-1, LLC; GREG JACOBSON**

Filed in said Court  **28th day of July, 2023** against

**SAFE & GREEN HOLDINGS CORP F/K/A SG BLOCKS INC; PAUL GALVIN**

For Suit, said suit being numbered **DC-23-10507,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies
this citation.  If this citation is not served, it shall be returned unexecuted.

 WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
 Given under my hand and the Seal of said Court at office  **on this the 8th day of August, 2023**

 ATTEST: FELICIA PITRE,
 Clerk of the District Courts of Dallas County, Texas

 By_____, Deputy
 **MONICA ALVIDREZ**

---

No.: **DC-23-10507**

**CPF GP 2019-1, LLC, et al**
**vs.**
**SAFE & GREEN HOLDINGS CORP, et al**

**ISSUED**
**on this the 8th day of August, 2023**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **MONICA ALVIDREZ**, Deputy

**Attorney for Plaintiff**
**JARED THOMAS SMITH PACE**
8080 PARK LN STE 700
DALLAS TX  75231-5920
214-265-3800
jpace@condontobin.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**



APP010

**OFFICER'S RETURN**

Cause No. DC-23-10507

Court No.: 134th District Court

Style: CPF GP 2019-1, LLC, et al
 vs.
SAFE & GREEN HOLDINGS CORP, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock _____.M. Executed at _____, within the County of _____ at _____ o'clock _____ .M. on the _____day of_____, 20_____, by delivering to the within named _____ _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was _____miles and my fees are as follows:      To certify which witness my hand.

          For serving Citation   $_____       _____
          For mileage            $_____       of_____ County, _____
          For Notary             $_____       By_____ Deputy
                   (Must be verified if served outside the State of Texas.)
    Signed and sworn to by the said_____ before me this_____ day of _____,
          20_____, to certify which witness my hand and seal of office.

                                _____
                                Notary Public_____ County_____

# THE STATE OF TEXAS

# CITATION

To:    **PAUL GALVIN**
       **990 BISCAYNE BLVD STE #501**
       **OFFICE 12**
       **MIAMI FL 33132**
       **OR WHEREVER HE MAY BE FOUND**

**No.: DC-23-10507**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

  Said Plaintiff being **CPF GP 2019-1, LLC; GREG JACOBSON**

Filed in said Court **28th day of July, 2023** against

**SAFE & GREEN HOLDINGS CORP F/K/A SG BLOCKS INC; PAUL GALVIN**

For Suit, said suit being numbered **DC-23-10507,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies
this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 8th day of August, 2023**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By_____, Deputy
**MONICA ALVIDREZ**



---

**CPF GP 2019-1, LLC, et al**
**vs.**
**SAFE & GREEN HOLDINGS CORP, et al**

**ISSUED**
**on this the 8th day of August, 2023**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **MONICA ALVIDREZ**, Deputy

**Attorney for Plaintiff**
**JARED THOMAS SMITH PACE**
8080 PARK LN STE 700
DALLAS TX 75231-5920
214-265-3800
jpace@condontobin.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-23-10507

Court No.: 134th District Court

Style: CPF GP 2019-1, LLC, et al
 vs.
SAFE & GREEN HOLDINGS CORP, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M.
Executed at _____, within the County of _____ at _____
o'clock _____ .M. on the _____ day of_____, 20_____, by delivering to the within named
_____
_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by me in serving such process was _____miles and my fees are as follows:      To certify which witness my hand.

                        For serving Citation   $_____       _____
                        For mileage                $_____         of_____ County, _____
                        For Notary                 $_____         By_____ Deputy
                             (Must be verified if served outside the State of Texas.)
      Signed and sworn to by the said_____ before me this_____ day of _____,
                    20_____, to certify which witness my hand and seal of office.

                                             _____
                                            Notary Public_____ County_____

# EXHIBIT C

Envelope: UPS_LETTER_CENTER
WINDOW
Total Pages: 12
SafetySeal(101761)

TERRI THONGSAVAT
2149323601
CT - DALLAS SOP TEAM
1999 BRYAN STREET
DALLAS TX 75201

**1.0 LBS LTR**          **1 OF 1**

SHIP TO:
KEVIN  KING
6155852639
SAFE & GREEN HOLDINGS CORP.
2917 BIG LOTS RD
**DURANT OK 74701**

**OK 747 2-01**

**UPS NEXT DAY AIR**          **1**
TRACKING #: 1Z X21 278 01 1189 3063

BILLING: P/P

Reference No.1: SOP/2401130/544489593/CT SOP Custo
XOL 23.07.08          NV45 32.0A 08/2023*

2056903

30

Origin: Wolters Kluwer UPS 562130

APP015

# CT Packing Slip

**CT Corporation**

**UPS Tracking # :** 1ZX21278011893063
**Created By :** BATCH BATCH
**Created On :** 08/11/2023 12:50 PM

**Recipient :**

**Kevin King**

| | |
|---|---|
| Title : | Business Manager |
| Customer : | Safe & Green Holdings Corp. |
| Address : | 2917 BIG LOTS RD |
| Email : | kking@sgblocks.com |
| Phone : | 615-585-2639 | Fax : | 000-000-0000 |

**Package Type :** Envelope
**Items shipped :** 1

| Log # | Case # | Entity Name |
|---|---|---|
| 544489593 | DC2310507 | Safe & Green Holdings Corp. |



## Service of Process Transmittal Summary

**TO:**   Kevin King, Business Manager
Safe & Green Holdings Corp.
2917 BIG LOTS RD
DURANT, OK 74701-2172

**RE:**   **Process Served in Texas**

**FOR:**   Safe & Green Holdings Corp.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CPF GP 2019-1, LLC and GREG, JACOBSON vs. SAFE & GREEN HOLDINGS CORP. |
| **CASE #:** | DC2310507 |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 08/11/2023 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780111893063 |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
866-665-5799
SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1

US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$009.73 ♀
08/04/2023 ZIP 75240
043K31220598



CERTIFIED MAIL

9589 0710 5270 0162 1653 92

5470 L B J FRWY, STE 100
DALLAS, TX 75240

SAFE & GREEN HOLDINGS CORP F/K/A SG
BLOCKS INC
C/O CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS          TX 75201

APP018

# EXHIBIT D

**Cause No. DC-23-10507**

| | | |
|---|---|---|
| **CPF GP 2019-1, LLC and GREG JACOBSON,** | § § § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § § | **134th JUDICIAL CIRCUIT** |
| **v.** | § § § | |
| **SAFE & GREEN HOLDINGS CORP. f/k/a SG BLOCKS, INC. and PAUL GALVIN,** | § § § | **DALLAS COUNTY, TEXAS** |
| **Defendants.** | § § § | |

---

## <u>NOTICE OF REMOVAL</u>

TO:    Plaintiffs CPF GP 2019-1, LLC and Greg Jacobson, by and through their attorneys of record Aaron Z. Tobin and Jared T.S. Pace, Condon Tobin Sladek Thornton Nerenberg PLLC, 8080 Park Lane, Suite 700, Dallas, Texas 75231.

You are hereby notified that on September 1, 2023, a Notice of Removal of Civil Action, a true and correct copy of which is attached hereto, was filed in the United States District Court for the Northern District of Texas, Dallas Division. The Notice of Removal was filed in reference to Cause No. DC-23-10507, *CPF GP 2019-1, LLC and Greg Jacobson v. Safe & Green Holdings Corp. f/k/a SG Blocks, Inc. and Paul Galvin*, then pending in the 134th Judicial District Court, Dallas County, Texas.

[*Signature Page Follows*]

Respectfully submitted this 5th day of September, 2023.


**CHAMBLEE RYAN, P.C.**


/s/ Jack Ternan
JACK TERNAN
SBN: 24060707
2777 N. Stemmons Freeway, Suite 1257
Dallas, Texas 75207
Tel: (214) 905-2003
Fax: (214) 905-1213
jternan@cr.law

**ATTORNEY FOR DEFENDANTS SAFE
& GREEN CORP. AND PAUL GALVIN**

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that a true and correct copy of the foregoing was served upon the following, via e-mail or fax, on the 5tht day of September, 2023:

| | |
|---|---|
| Aaron Z. Tobin | ***<u>Via E-Mail:</u>***   ***<u>atobin@condontobin.com</u>*** |
| Jared T.S. Pace | ***<u>jpace@condontobin.com</u>*** |
| Condon Tobin Sladek Thornton Nerenberg PLLC | |
| 8080 Park Lane, Suite 700 | |
| Dallas, Texas 75231 | |
| **Attorneys for Plaintiffs** | |

/s/ Jack Ternan      
JACK TERNAN

# EXHIBIT E

APP023

## Case Information

DC-23-10507 | CPF GP 2019-1, LLC, et al vs. SAFE & GREEN HOLDINGS CORP, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-23-10507 | 134th District Court | TILLERY, DALE |
| File Date | Case Type | Case Status |
| 07/28/2023 | OTHER (CIVIL) | OPEN |

## Party

PLAINTIFF
CPF GP 2019-1, LLC

Active Attorneys ▾
Lead Attorney
PACE, JARED THOMAS SMITH
Retained

PLAINTIFF
JACOBSON, GREG

Active Attorneys ▾
Lead Attorney
PACE, JARED THOMAS SMITH
Retained

DEFENDANT
SAFE & GREEN HOLDINGS CORP

DEFENDANT
GALVIN, PAUL

APP024

## Events and Hearings

07/28/2023 NEW CASE FILED (OCA) - CIVIL

07/28/2023 ORIGINAL PETITION ▾

ORIGINAL PETITION

08/01/2023 REQUEST FOR SERVICE ▾

RQST LETTER

08/01/2023 ISSUE CITATION ▾

ISSUE CITATION-SAFE & GREEN HOLDINGS CORP

ISSUE CITATION-PAUL GALVIN

08/08/2023 CITATION ▾

Served
08/11/2023

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
08/31/2023
Comment
SAFE & GREEN HOLDINGS CORP F/K/A SG BLOCKS INC

08/08/2023 CITATION ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method

APP025

Comment
PAUL GALVIN

08/31/2023 RETURN OF SERVICE ▾

EXECUTED CITATION - SAFE & GREEN HOLDINGS CORP

Comment
EXECUTED CITATION - SAFE & GREEN HOLDINGS CORP

## Financial

CPF GP 2019-1, LLC
    Total Financial Assessment    $350.00
    Total Payments and Credits    $350.00

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| 7/31/2023 | Transaction Assessment | | | $350.00 |
| 7/31/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 49925-2023-DCLK | CPF GP 2019-1, LLC | ($213.00) |
| 7/31/2023 | STATE CREDIT | | | ($137.00) |

JACOBSON, GREG
    Total Financial Assessment    $16.00
    Total Payments and Credits    $16.00

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| 8/4/2023 | Transaction Assessment | | | $16.00 |
| 8/4/2023 | CREDIT CARD - TEXFILE (DC) | Receipt # 51286-2023-DCLK | JACOBSON, GREG | ($16.00) |

## Documents

ORIGINAL PETITION

APP026

ISSUE CITATION-SAFE & GREEN HOLDINGS CORP

ISSUE CITATION-PAUL GALVIN

EXECUTED CITATION - SAFE & GREEN HOLDINGS CORP

APP027

# EXHIBIT F

APP028

FILED
8/1/2023 3:29 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Christi Underwood DEPUTY



**condon◆tobin**
SLADEK THORNTON NERENBERG

**Chasity P. Selvy**
*Legal Assistant*

Direct Dial: 214.265.3858
E-Mail: cselvy@condontobin.com

August 1, 2023

<u>Via E-File</u>
**Attn: Citation Department**
Dallas County

      RE:    **Cause No. DC-23-10507**
              *CFP GP 2019-1, LLC and Greg Jacobson Plaintiffs v. Safe & Green Holdings Corp. f/k/a SG Blocks, Inc. and Paul Galvin, Defendants;* in the 134th District Court, Dallas County, Texas

Dear Clerk:

      This letter is to request two (2) citation to be issued to the Defendants in the above-referenced matter. The issuance fees have been paid through the e-file system.

      Please issue the citations to the Defendants as follows:

              Paul Galvin
              990 Biscayne Blvd., Suite #501, Office 12
              Miami, Florida 33132

              SAFE & GREEN HOLDINGS CORP. f/k/a SG BLOCKS, INC.
              c/o registered agent, CT Corporation System
              1999 Bryan St., Ste. 900
              Dallas, Texas 75201

      Once the citations have been issued, please email them back to the attorney, Jared T.S. Pace. His email address is jpace@condontobin.com. We will arrange for a private process server.

      Thank you for your assistance. If you have any questions, please call me.

              Very truly yours,

              */s/ Chasity Selvy*

              Chasity Selvy

28055943v1 99150.002.00

APP029

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Chasity Selvy on behalf of Jared Pace
Bar No. 24079098
cselvy@condontobin.com
Envelope ID: 78098180
Filing Code Description: Request
Filing Description:
Status as of 8/4/2023 6:09 PM CST

Associated Case Party: GREG JACOBSON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jared T.S.Pace | | jpace@condontobin.com | 8/1/2023 3:29:26 PM | SENT |
| Chasity Selvy | | cselvy@condontobin.com | 8/1/2023 3:29:26 PM | SENT |

Associated Case Party: CPF GP 2019-1, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jared T.S.Pace | | jpace@condontobin.com | 8/1/2023 3:29:26 PM | SENT |
| Chasity Selvy | | cselvy@condontobin.com | 8/1/2023 3:29:26 PM | SENT |

APP030

# EXHIBIT G

FILED
8/31/2023 10:03 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Harper Ream DEPUTY

**CAUSE NO. <u>DC-23-10507</u>**

| | | |
|---|---|---|
| CPF GP 2019-1, LLC and GREG JACOBSON, | § § § | **IN THE DISTRICT COURT** |
| **Plaintiff(s),** | § § | |
| **vs.** | § § | **134TH JUDICIAL DISTRICT** |
| **SAFE & GREEN HOLDINGS CORP. f/k/a SG BLOCKS, INC. and PAUL GALVIN,** | § § § | |
| **Defendant(s).** | § | **DALLAS COUNTY, TEXAS** |

## <u>RETURN OF SERVICE</u>

Came to hand on **Wednesday, August 9, 2023 at 11:47 AM,**
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
on **Friday, August 11, 2023,** by delivering to the within named:

### SAFE & GREEN HOLDINGS CORP F/K/A SG BLOCKS INC

By delivering to its **Registered Agent, CT CORPORATION SYSTEM,** by Certified Mail Return Receipt Requested, tracking number 9589 0710 5270 0162 1653 92, a true copy of this

### CITATION and PLAINTIFF'S ORIGINAL
### PETITION AND RULE 194 REQUEST FOR DISCLOSURE

PS Form 3811, received by **TIERICA WILLIAMS** an **Authorized Employee** of the **Registered Agent, CT CORPORATION SYSTEM** is attached to this form.

BEFORE ME, the undersigned authority, on this day personally appeared Brittney Woodall who after being duly sworn on oath states: "My name is Brittney Woodall. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____
    **Brittney Woodall** PSC 20304 - Exp 03/31/2024
    served@specialdelivery.com

Subscribed and Sworn to by Brittney Woodall, Before Me, the undersigned authority, on this
_30th_ day of August, 2023.

_____
**Notary Public in and for the State of Texas**



GEOFFREY HINER
Notary Public
STATE OF TEXAS
ID# 13014096-1
My Comm. Exp. March 04, 2027

APP032

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**SAFE & GREEN HOLDINGS CORP F/K/A SG BLOCKS INC**
**C/O CT CORPORATION SYSTEM**

**1999 BRYAN STREET, SUITE 900**
**DALLAS                    TX 75201**

9590 9402 7192 1284 6118 80

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Tierica Williams*     ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Tierica Williams                  AUG 1 1 2023

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature                ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery   ☐ Registered Mail™
■ Certified Mail®                 ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery    ☐ Signature Confirmation™
☐ Collect on Delivery            ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)





2. Article Number (Transfer from service label)
9589 0710 5270 0163 1453 72

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

9590 9402 7192 1284 6118 80

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**SPECIAL DELIVERY**
**5470 L B J FRWY, STE 100**
**DALLAS, TX 75240**

APP033

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**ESERVE**

## CITATION

**To:**  **SAFE & GREEN HOLDINGS CORP F/K/A SG BLOCKS INC**
**BY SERVING ITS REGISTERED AGENT**
**CT CORPORATION SYSTEM,**
**1999 BRYAN ST., STE. 900**
**DALLAS, TEXAS 75201**
**OR WHEREVER IT MAY BE FOUND**

### No.: DC-23-10507

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and **ORIGINAL** petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

**CPF GP 2019-1, LLC, et al**
**vs.**
**SAFE & GREEN HOLDINGS CORP, et al**

**ISSUED**
**on this the 8th day of August, 2023**

Said Plaintiff being **CPF GP 2019-1, LLC; GREG JACOBSON**

Filed in said Court  **28th day of July, 2023** against

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

## SAFE & GREEN HOLDINGS CORP F/K/A SG BLOCKS INC; PAUL GALVIN

By: **MONICA ALVIDREZ**, Deputy

For Suit, said suit being numbered **DC-23-10507,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies
this citation.  If this citation is not served, it shall be returned unexecuted.

**Attorney for Plaintiff**
**JARED THOMAS SMITH PACE**
8080 PARK LN STE 700
DALLAS TX  75231-5920
214-265-3800
jpace@condontobin.com

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office  **on this the 8th day of August, 2023**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By_____, Deputy
   **MONICA ALVIDREZ**



**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-23-10507

Court No.: 134th District Court

Style: CPF GP 2019-1, LLC, et al
vs.
SAFE & GREEN HOLDINGS CORP, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M.
Executed at _____, within the County of _____ at _____
o'clock _____ .M. on the _____ day of_____, 20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:      To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $_____ | _____ |
| For mileage | $_____ | of _____ County, _____ |
| For Notary | $_____ | By_____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____ before me this_____ day of _____,

20_____, to certify which witness my hand and seal of office.

_____
Notary Public_____ County_____



RETURN / AFFIDAVIT
PROOF / ATTACHED

APP035