# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| CPF GP 2019-1, LLC and GREG JACOBSON,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SAFE & GREEN HOLDINGS CORP. f/k/a SG BLOCKS, INC., and PAUL GALVIN,<br><br>*Defendants/Counter-Plaintiffs*. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION No. 3:23-CV-01988-E<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs/Counter-Defendants, CPF GP 2019-1, LLC ("CPF") and Greg Jacobson ("Jacobson"), and Defendants/Counter-Plaintiffs, Safe & Green Holdings Corp. f/k/a SG Blocks, Inc. ("SGBX") and Paul Galvin ("Galvin") file this Stipulation of Dismissal with Prejudice and show:

1. The parties have entered into a settlement agreement resolving their disputes in this case.

2. The parties stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims and counterclaims asserted or that could have been asserted in this case are dismissed with prejudice to refiling.

3. A proposed order granting this motion is attached.

WHEREFORE, the parties jointly request that the Court enter an order dismissing all claims and counterclaims asserted or that could have been asserted in this case with prejudice.

Dated: February 14, 2024

        Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON PLLC**

*/s/ Jared T.S. Pace*
Aaron Z. Tobin
Jared T.S. Pace
8080 Park Lane, Suite 700
Dallas Texas 75231
Email: atobin@condontobin.com
Email: jpace@condontobin.com

*ATTORNEYS FOR PLAINTIFFS*

And

**BARNWELL LAW GROUP, P.C.**

*/s/ Cory Barnwell*
CORY BARNWELL
1132 Satellite Blvd. N.W., Suite 200
Suwanee, Georgia 30024
Email: cbarnwell@barnwelllawgroup.com
Admitted *Pro Hac Vice*

**CHAMBLEE RYAN, P.C.**

JACK TERNAN
2777 N. Stemmons Freeway, Suite 1257
Dallas, Texas 75207
Email: jternan@cr.law

*ATTORNEYS FOR DEFENDANTS*